# U.S. District Court
## District of South Dakota (Western Division)
## CIVIL DOCKET FOR CASE #: 5:24–cv–05087–ECS

Cubby v. City of Paterson et al  
Assigned to: U.S. District Judge Eric C. Schulte  
Cause: 42:1983 Civil Rights Act – Civil Action for Deprivation of Rights

Date Filed: 11/26/2024  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**David R. Cubby, ESQ.**     represented by     **David R. Cubby, ESQ.**  
David R. Cubby  
241 1/2 South Main Street  
Lead, SD 57754  
201–248–8730  
Email: drc@drc–law.org  
PRO SE

V.

**Defendant**

**City of Paterson**

**Defendant**

**State of New Jersey**

**Defendant**

**County of Passaic**

**Defendant**

**County of Bergen**

**Defendant**

**Governor Phil Murphy**

**Defendant**

**Camelia Valdez**

**Defendant**

**Jerry Speziale**

**Defendant**

**G&S Hunters**

**Defendant**

Alma Bank

**Defendant**

Alma Realty Corp.

**Defendant**

Fabian–Alexandria, LLC

**Defendant**

Richard Blender

**Defendant**

Nina Surich

**Defendant**

John Meola

**Defendant**

John Segreto

**Defendant**

David Stanziale

**Defendant**

Sohail Mohamed

**Defendant**

Bonnie Mizdol

**Defendant**

Kim Citrino

**Defendant**

Ryan Moriarty

**Defendant**

Stephen Budelman

**Defendant**

Charles Centinaro

**Defendant**

Domenick Stampone

**Defendant**

**John Abdelhadi**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2024 | 1 | **COMPLAINT with Jury Demand, filed by David R. Cubby, ESQ. (SAC) (Entered: 11/26/2024)** |
| 11/26/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by David R. Cubby, ESQ. (SAC) (Entered: 11/26/2024) |
| 11/26/2024 | 3 | REGISTRATION for Electronic Notice by David R. Cubby, ESQ. Pro se party David R. Cubby, ESQ will now receive electronic notice of unsealed documents filed in this case. Refer to the CM/ECF User Manual located on the court website at www.sdd.uscourts.gov for information about accessing documents. (SAC) (Entered: 11/26/2024) |
| 11/26/2024 | 4 | NOTICE TO PLAINTIFF: The Clerks Office has received your Complaint together with an Application to Proceed without Prepaying Fees or Costs. A new case has been opened. Copy of docket sheet sent to plaintiff.<br><br>Any further documents or correspondence you send to the Clerks Office concerning your case must include the case number. All documents submitted for filing must also contain an original signature. Pursuant to the E–Government Act and D.S.D. Civ. LR 5.2, you must redact personal identifiers from documents submitted to the Court. The Clerks Office will not review for compliance. Submitted documents are electronically scanned for filing and they become the official court record. The quality of the official court record is determined by the quality of the original documents received for filing. Writing should only be on one side of the paper and writing must be dark enough for scanning. All documents must be on 8.5 x 11 inch paper. A request to electronically file documents in your case must be made through the PACER Service Center at www.pacer.uscourts.gov. **The plaintiff must keep the Court informed of the plaintiff's address changes, including changes to primary and secondary email addresses. If the Court is not kept informed and multiple items are returned as undelivered, the plaintiff's case may be dismissed without prejudice for failure to prosecute.** (SAC) (Entered: 11/26/2024) |
| 11/26/2024 | 5 | MOTION to Electronically File Documents per e–filing registration request submitted through PACER. Pro se party David R. Cubby, ESQ will continue to receive electronic notice of unsealed documents filed in this case, but must wait for a Court ruling regarding e–filing. Refer to the CM/ECF User Manual located on the court website at www.sdd.uscourts.gov for information about accessing documents. (DJP) (Entered: 11/26/2024) |
| 02/04/2025 | 6 | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED. Show Cause Response due by 2/21/2025. Signed by U.S. District Judge Eric C. Schulte on 02/04/2025. (SAC) (Entered: 02/04/2025) |
| 02/05/2025 | 7 | TEXT ORDER granting 5 Motion to Electronically File Documents in CM/ECF. The Clerks office shall give the pro se litigant access to electronically file documents in the CM/ECF system. The ability of the plaintiff to e–file documents may be revoked anytime the Court deems it justified. Signed by U.S. District Judge Eric C. Schulte on 2/5/2025. (NO) Modified on 2/6/2025 (NO). (Entered: 02/05/2025) |
| 02/13/2025 | 8 | RESPONSE TO ORDER TO SHOW CAUSE by David R. Cubby, ESQ (Cubby, David) (Entered: 02/13/2025) |
| 02/28/2025 | 9 | ORDER of Transfer of case to the Newark Division of the District of New Jersey. Signed by U.S. District Judge Eric C. Schulte on 2/28/2025. (SLT) (Entered: 02/28/2025) |